UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 20-864 |
| v. | : | |
| | : | |
| Markell Brown and Terrence Shaw | : | <u>NOTICE OF APPEARANCE</u> |
| | : | |

PLEASE TAKE NOTICE that Alina Habba, Acting United States Attorney for the District of New Jersey, by Robert Frazer (Robert.Frazer@usdoj.gov), Assistant U.S. Attorney, is appearing for the United States of America in the above-captioned matter.

ALINA HABBA, Acting U.S. Attorney

*s/ Robert Frazer*
By:  Robert Frazer
Assistant U.S. Attorney

Dated:   July 28, 2025