UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Madeline Cox Arleo |
| | : | |
| v. | : | Crim. No. 20-864 |
| | : | |
| MARKELL BROWN and | : | ORDER FOR CONTINUANCE |
| TERENCE SHAW | : | |

This matter having come before the Court by Todd W. Blanche, United States Deputy Attorney General, and Alina Habba, Acting United States Attorney for the District of New Jersey and Special Attorney (James H. Graham, Kendall R. Randolph, and Robert Frazer, Assistant United States Attorneys, appearing), upon notice to the Court, for an Order granting a continuance of proceedings in the above captioned matter, **the Defendants Markell Brown (Stephen Turano, Esq., and Thomas Ambrosio, Esq., appearing) and Terence Shaw (Brooke M. Barnett, Esq., and Henry E. Klingeman, Esq., appearing) having objected,** and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons.

1. Trial in the above-captioned matter was previously scheduled to begin on September 2, 2025.

2. The attorney previously assigned as lead counsel for the United States recently left the Department of Justice.

3. Following the departure of lead trial counsel, a new trial team was assembled to represent the United States in this matter.

4.  The case, which stems from the shooting deaths of three individuals, is complex and involves a significant amount of evidence.

5.  Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice are served by granting a continuance. Without the requested continuance, taking into account the exercise of diligence, the United States would not have the reasonable time necessary to effectively prepare for trial.

6.  Thus, the ends of justice are served by granting the continuance and preventing any further non-excludable days from passing under § 3161(h) outweigh the best interest of the public and the defendants in a speedy trial.

7.  In light of these considerations, on August 5, 2025, the Court adjourned trial in this matter until November 4, 2025.

**WHEREFORE** it is on this ____12____ day of August, 2025;

**ORDERED** that this action be, and hereby is, continued from the date this Order is signed through and including November 4, 2025; and it is further

**ORDERED** that the period from the date of this Order through and including November 4, 2025 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. MADELINE COX ARLEO
United States District Judge

Dated: August 12, 2025